IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. DONAHUE,                  : | | |
|     Plaintiff,               : | | CIVIL ACTION |
|                                           : | | |
| v.                                                : | | |
|                                           : | | |
| UNITED STATES POSTAL SERVICE, et al., : | | |
|     Defendants,             : | | NO. 05-CV-4998 |

_____

| | | |
|---|---|---|
| JOHN J. DONAHUE,                  : | | |
|     Plaintiff,               : | | CIVIL ACTION |
|                                           : | | |
| v.                                                : | | |
|                                           : | | |
| JOHN E. POTTER, et al.,        : | | |
|     Defendants.            : | | NO. 04-CV-0344 |

ORDER

AND NOW, this   31st   day of March 2006, it is hereby ORDERED that <u>Donahue v. Potter</u>, Civil Action No. 04-0344, and <u>Donahue v. United States Postal Service</u>, Civil Action No. 05-4998, are hereby CONSOLIDATED.  It is further ORDERED as follows:

1. All pleadings, documents and docket entries filed or recorded in Civil Action No. 04-0344 shall be transferred to Civil Action No. 05-4998.

2. The Clerk of Court is directed to close Civil Action No. 04-0344 for statistical purposes.

3. From this point forward, all pleadings in this matter shall be filed under Civil Action No. 05-4998.

4. If modification to the February 16, 2006 scheduling order is necessary, the parties may submit a motion to amend the scheduling order.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.